```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

PANDORA MEDIA, INC.,                :

                Plaintiff,          :       ORDER

        -against-                   :       12 Cv. 8035 (DLC)(MHD)

UNITED STATES OF AMERICA and        :
AMERICAN SOCIETY OF COMPOSERS,
AUTHORS & PUBLISHERS,               :

                Defendants.         :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby ORDERED that a settlement conference has been scheduled in the above-captioned action on **THURSDAY, APRIL 25, 2013, at 10:00 A.M.**, at which time you are directed to appear in **Courtroom 17D**, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

The parties are to take note of the following requirements for settlement conferences before the undersigned:

1. The parties are **expected to have spoken with each other**

about their respective settlement positions prior to the settlement conference.

2. The parties are directed to bring with them any documents (including any deposition transcripts) that they consider pertinent to their position on the settlement value of the case.

3. Clients are expected to either attend the conference or be available via telephone during the conference.

Dated: New York, New York
       March 15, 2013

                        SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today by fax to:

Joseph Richard Wetzel, Jr., Esq.
Kenneth L. Steinthal, Esq.
King & Spalding LLP
101 2nd Street Suite 2300
San Francisco, CA 94105
Fax: (415) 318-1300


Vera Ranieri, Esq.
Greenberg Traurig LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111
Fax: (415)-707-2010

Jay Cohen, Esq.
Lynn Beth Bayard, Esq.
Amy Ellyn Gold, Esq.
Darren Wright Johnson, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Fax: (212) 373-2399/2730
     (212) 492-0194/0710

Christine A. Pepe, Esq.
Richard H. Reimer, Esq.
ASCAP
One Lincoln Plaza
New York, NY 10023
Fax: (212) 787-1381