```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
IN RE PETITION OF PANDORA MEDIA, INC.   :   12 Civ. 8035 (DLC)
                                        :
----------------------------------------:
                                        :
Related to                              :
                                        :   41 Civ. 1395 (DLC)
UNITED STATES OF AMERICA,               :
                                        :
                    Plaintiff           :   ORDER
        v.                              :
                                        :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS, :
AND PUBLISHERS,                         :
                    Defendant.          :
                                        :
----------------------------------------X
```

[Stamp: DOCUMENT ELECTRONICALLY FILED 7/1/2013]

DENISE COTE, District Judge:

By letter dated June 27, 2013, Sony/ATV Music Publishing, EMI Music Publishing, Universal Music Publishing Group, Warner/Chappell Music Publishing and BMG Chrysalis (collectively "Sony/EMI"), informed the Court of their view that the motion for summary judgment served by Pandora Media, Inc. ("Pandora") on June 11, 2013, implicates Sony/EMI's rights under direct licensing agreements between Sony/EMI and Pandora. The Court has also received a responsive letter from Pandora Media, Inc. ("Pandora") dated June 27, a reply letter from Sony/EMI dated June 28, and a sur-reply letter from Pandora of the same day. Having considered the letters of Pandora and Sony/EMI, it is hereby

ORDERED that the parties and third party Sony/EMI, if it so desires, shall make submissions to the Court no longer than three pages by **July 8, 2013**, regarding whether Sony/EMI should formerly participate in the ongoing summary judgment motion practice between Pandora and the American Society of Composers, Authors, and Publishers, or in any other way in this litigation.

SO ORDERED

Dated:   New York, New York
         June 28, 2013

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　　　　　United States District Judge