```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
IN RE PETITION OF PANDROA MEDIA, INC.:   12 Civ. 8035 (DLC)
                                     :
-------------------------------------:
                                     :
Related to                           :
                                     :   41 Civ. 1395 (DLC)
UNITED STATES OF AMERICA,            :
                                     :
              Plaintiff              :         ORDER
      v.                             :
                                     :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS,:
AND PUBLISHERS,                      :
              Defendant.             :
                                     :
-------------------------------------X
```

ORDERED that the final pretrial conference is scheduled for **January 16, 2014** at **2 p.m.** counsel, in Courtroom 15B.

Dated:   New York, New York
         October 22, 2013

                                   _____
                                         DENISE COTE
                                   United States District Judge