UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PETITION OF PANDORA MEDIA, INC.<br><br>Related to<br><br>UNITED STATES OF AMERICA,<br>　　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>AMERICAN SOCIETY OF COMPOSERS,<br>AUTHORS AND PUBLISHERS,<br>　　　　　　　　　　　　　Defendant. | 12 Civ. 8035 (DLC) (MHD)<br><br>ECF CASE<br><br>41 Civ. 1395 (DLC) (MHD) |

### NOTICE OF MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY OF WILLIAM ROSENBLATT

PLEASE TAKE NOTICE THAT, upon the declaration of Darren W. Johnson, dated November 18, 2013, together with the exhibits attached thereto, the accompanying Memorandum of Law, and all prior proceedings and papers herein, the American Society of Composers, Authors and Publishers ("ASCAP") moves this Court, before the Honorable Denise L. Cote, at the United States Courthouse, Courtroom 15B, 500 Pearl Street, New York, New York, 10007, for an order pursuant to Rule 702 of the Federal Rules of Evidence precluding Pandora Media, Inc. from introducing at trial the testimony of William Rosenblatt.

| | |
|---|---|
| Dated: New York, New York<br>November 18, 2013 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br><br>By _____<br>Jay Cohen<br>Eric Alan Stone<br>Darren W. Johnson<br>Amy E. Gold<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>Phone: (212) 373-3163<br>Email: jaycohen@paulweiss.com;<br>estone@paulweiss.com;<br>djohnson@paulweiss.com;<br>agold@paulweiss.com<br><br>Richard H. Reimer<br>Christine A. Pepe<br>American Society of Composers, Authors and Publishers<br>One Lincoln Plaza<br>New York, New York 10023<br>Phone: (212) 621-6200<br>Fax: (212) 787-1381<br>Email: rreimer@ascap.com; cpepe@ascap.com<br><br>*Attorneys for the American Society of Composers, Authors and Publishers* |