# KING & SPALDING

King & Spalding LLP
101 Second Street
Suite 2300
San Francisco, CA 94105
Tel: +1 415 318 1200
Fax: +1 415 318 1300
www.kslaw.com

Kenneth Steinthal

Direct Dial: +1 415 318 1211
ksteinthal@kslaw.com

February 12, 2014

**MEMO ENDORSED** 2/13/2014



VIA ECF

Hon. Denise Cote, United States District Judge
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007
CoteNYSDChambers@nysd.uscourts.gov

Re: **In re Petition of Pandora Media, Inc., C.A. No. 12-CV-8035 (DLC)(MHD)**

Dear Judge Cote,

We represent Pandora Media, Inc. ("Pandora") in the above-captioned matter. On January 27, 2014, Pandora filed the public versions of its motion *in limine* to exclude the testimony and expert report of Mr. Timothy J. Hanlon and the documents in support of Pandora's motion. As the Court is aware, ASCAP withdrew Mr. Hanlon's testimony in light of the parties' agreement relating to the advertising deduction (Dkt. No. 154), thus mooting Pandora's motion *in limine*. Accordingly, Pandora requests that Your Honor order that the following filings be removed from the docket:

- Pandora's motion *in limine* to exclude the testimony and expert report of Mr. Timothy J. Hanlon (Dkt. No. 180);

- Pandora's memorandum of law in support of its motion *in limine* to exclude the testimony and expert report of Mr. Timothy J. Hanlon (Dkt. No. 181); and

- Declaration of Jeffrey Seddon in support of Pandora's motion *in limine* to exclude the testimony and expert report of Mr. Timothy J. Hanlon (Dkt. No. 182)

Following Your Honor's order, Pandora will arrange with the Clerk of Court to ensure these filings are removed from the docket.

*Denied.*

/s/ Denise Cote
2/13/14

February 12, 2014
Page 2

Respectfully submitted,

/s/ Kenneth Steinthal

Kenneth Steinthal