```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
IN RE PETITION OF PANDORA MEDIA, INC.   :    12 Civ. 8035 (DLC)
                                        :
----------------------------------------X
                                        :
Related to                              :
                                        :    41 Civ. 1395 (DLC)
UNITED STATES OF AMERICA,               :
                                        :
                      Plaintiff,        :    ORDER
           v.                           :
                                        :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS, :
AND PUBLISHERS,                         :
                      Defendant.        :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

An Opinion and Order dated March 14, 2014, that sets the headline rate for Pandora's license to the ASCAP repertoire for 2011 to 2015, has been filed under seal to allow the parties to propose that portions of it be redacted before it is filed publicly. It is hereby

ORDERED that the parties shall advise the Court by noon on March 18, 2014, whether they request that any portion of the Opinion and Order be redacted.

SO ORDERED:

Dated:   New York, New York
         March 14, 2014

```
                          _____
                               DENISE COTE
                          United States District Judge
```